DCL

FILED
5/19/2020 12:37 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L005434

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ROSA PATINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. |
| | ) | |
| ATTREVE BROWN, | ) | |
| HERTZ VEHICLES LLC, and | ) | |
| LYFT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

Plaintiff, ROSA PATINO, by her attorneys, MOTHERWAY & NAPLETON, LLP, complain of the Defendants, ATTREVE BROWN, HERTZ VEHICLES LLC (hereinafter "HERTZ"), and LYFT, INC. (hereinafter "LYFT"), as follows:

### Allegations Common to All Counts

1. At all times relevant, Defendant, ATTREVE BROWN, resided in the County of Cook, State of Illinois.

2. Defendant, HERTZ, is a Florida company authorized to do business in Illinois and regularly conducts business throughout Cook County, Illinois.

3. Defendant, LYFT, is a California company authorized to do business in Illinois and regularly conducts business throughout Cook County, Illinois.

4. On or about December 6, 2019, Interstate 94 ran in a north and south direction at or near Martin Luther King Drive, in Cook County, Illinois.

5. On or about December 6, 2019, the defendant, ATTREVE BROWN, operated, controlled, managed, or maintained a motor vehicle travelling north on Interstate 94 at or near its intersection with Martin Luther King Drive, in Cook County, Illinois.

1

6. The aforesaid vehicle was owned and maintained by defendant, HERTZ.

7. At the said time and place, the plaintiff, ROSA PATINO, was operating a motor vehicle travelling north on Interstate 94 at or near its intersection with Martin Luther King Drive, in Cook County, Illinois.

8. At all times relevant, the Plaintiff, ROSA PATINO, was in the exercise of all due care and caution for her safety and the safety of others, that care being commensurate with her age, intellect, circumstance, and the conditions there and then present.

9. At all relevant times, the defendants, ATTREVE BROWN, HERTZ, and LYFT, owed the Plaintiff a duty of reasonable care, and had a duty to operate the motor vehicle in a reasonably safe manner so as not to cause harm or injury to others.

10. On December 6, 2019, the front end of the vehicle being operated by Defendant, ATTREVE BROWN, collided with the rear of the vehicle being operated by Plaintiff, ROSA PATINO.

## COUNT I – ATTREVE BROWN /Negligence

11. Plaintiff, ROSA PATINO, restates and realleges paragraphs one through ten as though set forth herein.

12. At the said time and place, the defendant, ATTREVE BROWN, was negligent in one or more of the following respects:

    (a) failed to reduce speed to avoid a collision in violation of 625 ILCS 5/11-601(a) causing his vehicle to strike the rear of the vehicle occupied by the Plaintiff;

    (b) failed to perform a proper visual search and/or recognize and/or react to the traffic stopped in front of her in her lane of travel;

    (c) proceeded at a speed that was greater than reasonable and proper with regard to traffic conditions;

(d) failed to keep a proper lookout;

(e) failed to give an audible warning with the horn of her vehicle when such warning was reasonably necessary to ensure safety;

(f) failed to take appropriate evasive maneuvers to avoid striking the rear of the Plaintiff's vehicle; and/or

(g) were otherwise negligent.

13. As a direct and proximate result of one or more or all of the aforementioned acts and/or omissions of the defendant, ATTREVE BROWN, the front end of the vehicle she was driving ran into the rear of the vehicle operated by ROSA PATINO, causing ROSA PATINO to be injured and suffer damages of a personal, pecuniary, and permanent nature.

WHEREFORE, the plaintiff, ROSA PATINO, demands judgment against the defendant, ATTREVE BROWN, in a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Law Division.

## COUNT II – HERTZ/Negligence/Agency

14. Plaintiff, ROSA PATINO, restates and realleges paragraphs one through ten as though set forth herein.

15. That at all times relevant, the defendant, ATTREVE BROWN, was acting as an agent, apparent agent, or permissive user of the defendant, HERTZ.

16. That at all times relevant, the defendant, ATTREVE BROWN, was acting within the course and scope of her agency with defendant, HERTZ.

17. At the said time and place, the defendant, HERTZ, through its agent, apparent agent, or permissive user, ATTREVE BROWN, was negligent in one or more of the following respects:

3

(a) failed to reduce speed to avoid a collision in violation of 625 ILCS 5/11-601(a) causing his vehicle to strike the rear of the vehicle occupied by the Plaintiff;

(b) failed to perform a proper visual search and/or recognize and/or react to the traffic stopped in front of her in her lane of travel;

(c) proceeded at a speed that was greater than reasonable and proper with regard to traffic conditions;

(d) failed to keep a proper lookout;

(e) failed to give an audible warning with the horn of her vehicle when such warning was reasonably necessary to ensure safety;

(f) failed to take appropriate evasive maneuvers to avoid striking the rear of the Plaintiff's vehicle; and/or

(g) were otherwise negligent.

18. As a direct and proximate result of one or more or all of the aforementioned acts and/or omissions of the defendant, ATTREVE BROWN, the front end of the vehicle she was driving ran into the rear of the vehicle operated by ROSA PATINO, causing ROSA PATINO to be injured and suffer damages of a personal, pecuniary, and permanent nature.

WHEREFORE, the plaintiff, ROSA PATINO, demands judgment against the defendant, HERTZ, in a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Law Division.

## COUNT III – LYFT/NEGLIGENCE/AGENCY

19. Plaintiff, ROSA PATINO, restates and realleges paragraphs one through ten as though set forth herein.

20. That at all times relevant, the defendant, ATTREVE BROWN, was acting as an agent, apparent agent, or permissive user of the defendant, LYFT.

4

21. That at all times relevant, the defendant, ATTREVE BROWN, was acting within the course and scope of her agency with defendant, LYFT.

22. At the said time and place, the defendant, LYFT, through its agent, apparent agent, or permissive user, ATTREVE BROWN, was negligent in one or more of the following respects:

(a) failed to reduce speed to avoid a collision in violation of 625 ILCS 5/11-601(a) causing his vehicle to strike the rear of the vehicle occupied by the Plaintiff;

(b) failed to perform a proper visual search and/or recognize and/or react to the traffic stopped in front of her in her lane of travel;

(c) proceeded at a speed that was greater than reasonable and proper with regard to traffic conditions;

(d) failed to keep a proper lookout;

(e) failed to give an audible warning with the horn of her vehicle when such warning was reasonably necessary to ensure safety;

(f) failed to take appropriate evasive maneuvers to avoid striking the rear of the Plaintiff's vehicle; and/or

(g) were otherwise negligent.

23. As a direct and proximate result of one or more or all of the aforementioned acts and/or omissions of the defendant, ATTREVE BROWN, the front end of the vehicle she was driving ran into the rear of the vehicle operated by ROSA PATINO, causing ROSA PATINO to be injured and suffer damages of a personal, pecuniary, and permanent nature.

WHEREFORE, the plaintiff, ROSA PATINO, demands judgment against the defendant, LYFT, in a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Law Division.

*Pursuant to Illinois Supreme Court Rule 222(b), the undersigned counsel for the plaintiff avers that the money damages herein sought exceed FIFTY THOUSAND ($50,000) DOLLARS.*

Respectfully submitted,

/s/ Dominic C. LoVerde

Dominic C. LoVerde
Attorney for plaintiff

MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL 60603
(312) 726-2699
Attorney No. 56421
dloverde@mnlawoffice.com
fdesk@mnlawoffice.com



# Service of Process Transmittal

07/24/2020
CT Log Number

**TO:**

**RE:** Process Served in Illinois

**FOR:** Lyft, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROSA PATINO, PLTF. vs. ATTREVE BROWN, ET AL., DFTS. // TO: LYFT, INC. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20L5434 |
| **NATURE OF ACTION:** | |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/24/2020 at 16:57 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | |
| **ATTORNEY(S) / SENDER(S):** | |

**SIGNED:** C T Corporation System
**ADDRESS:** 208 LaSalle Ave
Suite 814



# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

TC002

| DRAC | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV |
|---|---|---|---|---|---|---|---|---|---|
| 1 / 1 (U1/U2) | 14 | 4 | 1 | 1 / 1 | 1 / 1 | 1 / 1 | 1 | 11 | 1 / 11 |

**INVESTIGATING AGENCY:** ISP
**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:** OVER $1,500
**TYPE OF REPORT:** [X] NOT ON SCENE (DESK REPORT)
**A** [X] No Injury / Drive Away
**B** [ ] Injury and / or Tow Due To Crash
**AGENCY CRASH REPORT NO.** YR 2019  03-19-18804

**ADDRESS NO.** — **HIGHWAY or STREET NAME:** I94 NB
[X] City  [ ] Township — **CHICAGO**
**INTERSECTION RELATED:** N
**PRIVATE PROPERTY:** N
**DATE OF CRASH:** 12/6/2019
**TIME:** 01:10 AM [ ] PM [X]
**SECONDARY CRASH:** NO

**476 Ft / MI** [S] (AT INTERSECTION WITH) **MARTIN LUTHER KING DRIVE**
**COUNTY:** COOK
**DOORING WITH PEDALCYCLIST?** N
**HIT & RUN:** N
**FLOW CONDITION:** SLOW
**# OF MOTOR VEHICLES INVLD:** 2

## UNIT 1
[X] DRIVER
**NAME:** BROWN, ATTREVE C
**DATE OF BIRTH:** —
**MAKE:** HYUNDAI  **MODEL:** ELANTRA  **YEAR:** 2017
**SEX:** F  **SAFT:** 2  **AIR:** 5
**AUTOMATED SYSTEM:** N
**INJ:** 0  **EJECT:** 1  **EPTH:** 0
**PLATE NO.** —  **STATE:** IL  **YEAR:** 2020
**POINT OF FIRST CONTACT:** 12
**STATE:** IL  **CLASS:** D  **CDL ID:** 0
**VIN:** 5NPD74LFXHH147669
**INSURANCE CO.:** LYFT
**EXPIRED:** No
**VEHICLE OWNER:** HERTZ, VEHICLES L
**POLICY NO.:** LYFT
**INCIDENT RESPONDER:** N

## UNIT 2
[X] DRIVER
**NAME:** PATINO, ROSA ISELA
**MAKE:** BUICK  **MODEL:** RENDEZVOUS  **YEAR:** 2006
**SEX:** F  **SAFT:** 2  **AIR:** 4
**AUTOMATED SYSTEM:** N
**INJ:** 0  **EJECT:** 1  **EPTH:** 0
**PLATE NO.** —  **STATE:** IN  **YEAR:** 2020
**POINT OF FIRST CONTACT:** 6
**STATE:** IN  **CLASS:** D  **CDL ID:** 0
**VIN:** 3G5DB03L36S576109
**INSURANCE CO.:** SAFECO INSURANCE COMPANY OF I
**EXPIRED:** No
**VEHICLE OWNER:** PATINO, ROSA ISELA
**POLICY NO.:** K3219318

### PASSENGERS & WITNESSES ONLY
(none listed)

## UNIT 1
| EVNO | MOST | EVNT | LOC |
|---|---|---|---|
| 1 | [X] | 11 | 1 |
| 2 | | | |
| 3 | | | |

**PRIMARY CAUSE:** 3  **SECONDARY CAUSE:** 28
**POLICE NOTIFIED:** 12/7/2019  **TIME:** 06:03 AM

## UNIT 2
| EVNO | MOST | EVNT | LOC |
|---|---|---|---|
| 1 | [X] | 11 | 1 |
| 2 | | | |
| 3 | | | |

**OFFICER ID.:** 6234  **OFFICER NAME:** O WILLIAMS
**BEAT/DIST.:** 03  **SUPERVISOR ID.:** B EPPS, 5679

**DID CRASH OCCUR IN A WORK ZONE?** N
**WORKERS PRESENT?** N

### Right margin codes
TRFW 3 | VEHT 2 / 1 | # LNS 6 / 6 | ALGN 1 / 1 | RSUR 1 | VEHU 2 / 2 | SPDR 0 / 0 | RDEF 1 | BAC 996 / 996 | # OCC 1 / 1 | DIRP 1 / 1 | SPD LMT 55 / 55

A **Diagram** and **Narrative** are required on all **Type B** crashes, **even if** units have been moved prior to the officer's arrival.

NO DIAGRAM NEEDED.

**NARRATIVE (Refer to vehicle by Unit No.)**
UNITS 1 AND 2 WERE TRAVELING ON I94 NORTHBOUND SOUTH OF KING DRIVE IN LANE 2. THE DRIVER OF UNIT 2 STATED SHE SLOWED DOWN FOR TRAFFIC AHEAD WHEN THE FRONT END OF UNIT 1, STRUCK THE REAR END OF UNIT 2. THE DRIVER OF UNIT 2 STATED THE AIRBAGS IN UNIT 1 DEPLOYED AND THE FRONT END OF UNIT 1, STRUCK THE REAR END OF UNIT 2 AGAIN. THE DRIVER OF UNIT 2 STATED AFTER LEAVING THE SCENE, SHE SOUGHT MEDICAL TREATMENT FOR PAINS SHE WAS EXPERIENCING. R/O WAS UNABLE TO CONTACT THE DRIVER OF UNIT 1 AT THE PHONE NUMBER PROVIDED BY UNIT 2'S DRIVER. A COPY OF THE DRIVER'S EXCHANGE WILL BE MAILED TO THE ADDRESS ON FILE FOR THE DRIVER OF UNIT 1. ALL INFORMATION WAS RECEIVED FROM THE DRIVER OF UNIT 2 AT A DESK REPORT AT LANSING POLICE DEPARTMENT. INVESTIGATION IS CLOSED.

**LOCAL USE ONLY**

| U 1 Color **GRAY** | U 2 Color **TURQUOISE** | | |
|---|---|---|---|
| U 1 Towed due to: ☐ Disabling Damage ☐ NOT Disabling Damage | Damage Extent: **2** | Towed by / to |
| U 2 Towed due to: ☐ Disabling Damage ☐ NOT Disabling Damage | Damage Extent: **3** | Towed by / to |

---

**LARGE TRUCK, BUS, OR HM VEHICLE**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME _____
ADDRESS _____
CITY/STATE/ZIP _____

Motor Carr. ID  ☐ Interstate  ☐ Intrastate
 ☐ Not In Comm./Govt.  ☐ Not in Comm./Other

**USDOT NO.** _____  ILCC NO. _____

Source of above info.  ☐ Side of Truck  ☐ Papers  ☐ Driver  ☐ Log Book

GVWR/GCWR  ☐ < 10,000  ☐ 10,000 - 26,000  ☐ > 26,000

Were HAZMAT placards displayed on the vehicle?  ☐ Y  ☐ N
If yes, name on placard _____
4-digit UN no. _____  1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do NOT consider FUEL from the vehicle's own tank)?  ☐ Y  ☐ N  ☐ UNK

Did HAZMAT Regulations violation contribute to the crash?  ☐ Y  ☐ N  ☐ UNK

Did Carrier Safety Regulations (HCS) violation contribute to the crash?  ☐ Y  ☐ N  ☐ UNK

Was a driver/vehicle Examination Report Form completed?
HAZMAT  ☐ Y  ☐ N  ☐ UNK  Out of Service?  ☐ Y  ☐ N
MCS  ☐ Y  ☐ N  ☐ UNK  Out of Service?  ☐ Y  ☐ N
Form No. _____

IDOT PERMIT NO. _____  WIDE LOAD?  ☐ Y  ☐ N
TRAILER VIN 1 _____
TRAILER VIN 2 _____
TRAILER WIDTH(S):  0-96"  97-102"  > 102"
TRAILER 1  ☐  ☐  ☐
TRAILER 2  ☐  ☐  ☐
TRAILER LENGTH(S): 1 _____ ft  TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft  NO. OF AXLES _____

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION _____
CARGO BODY TYPE _____  LOAD TYPE _____



Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 69753604 |
| Entity Name | LYFT, INC. |
| Foreign Assumed Name | LYFT ILLINOIS, INC. |
| Status | ACTIVE |

## Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
FOREIGN BCA

**Qualification Date (Foreign)**
Thursday, 16 October 2014

**State**
DELAWARE

**Duration Date**
PERPETUAL

## Agent Information

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Wednesday, 20 September 2017

## Annual Report

Filing Date
Tuesday, 28 January 2020

For Year
2019

## Officers

President
Name & Address
JOHN ZIMMER 185 BERRY ST STE 5000 SAN FRANCISCO CA 94107

Secretary
Name & Address
KRISTIN SVERCHEK 185 BERRY ST #5000 SAN FRANCISCO CA 94107

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.    Fri Aug 14 2020

https://www.ilsos.gov/corporatellc/CorporateLlcController    2/2



Office of the Secretary of State Jesse White

CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

LLC File Detail Report

| | |
|---|---|
| File Number | 00629324 |
| Entity Name | HERTZ VEHICLES LLC |
| Status | ACTIVE |

## Entity Information

**Principal Office**
8501 WILLIAMS ROAD
ESTERO, FL 33928

**Entity Type**
LLC

**Type of LLC**
Foreign

**Organization/Admission Date**
Wednesday, 21 November 2001

**Jurisdiction**
DE

**Duration**
PERPETUAL

## Agent Information

Name

C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Wednesday, 21 November 2001

## Annual Report

For Year
2019

Filing Date
Thursday, 19 September 2019

## Managers

Name
Address
HERTZ GENERAL INTEREST LLC
8501 WILLIAMS ROAD
ESTERO, FL 33928

Name
Address
HERTZ VEHICLE FINANCING LLC
8501 WILLIAMS ROAD
ESTERO, FL 33928

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office. Fri Aug 14 2020



# Case Information Summary for Case Number 2020-L-005434

Filing Date: 05/19/2020

Division: Law Division

Ad Damnum: $50000.00

Case Type: PERSONAL INJURY(MOTOR VEHICLE)

District: First Municipal

Calendar: E

## Party Information

**Plaintiff(s)**

PATINO ROSA

**Attorney(s)**

MOTHERWAY & NAPLETON
140 S DEARBORN 1500
CHICAGO IL, 60603
(312) 726-2699

**Defendant(s)**

BROWN ATTREVE
HERTZ VEHICLES LLC
LYFT, INC.

**Defendant Date of Service**

**Attorney(s)**

## Case Activity

Activity Date: 05/19/2020     Participant: PATINO ROSA

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50
Ad Damnum Amount: 50000.00

Attorney: MOTHERWAY & NAPLETON

Activity Date: 05/19/2020     Participant: PATINO ROSA

SUMMONS ISSUED AND RETURNABLE

Ad Damnum Amount: 5000001.00

Attorney: MOTHERWAY & NAPLETON

Activity Date: 05/19/2020     Participant: PATINO ROSA

SUMMONS ISSUED AND RETURNABLE

Ad Damnum Amount: 5000001.00

Attorney: MOTHERWAY & NAPLETON

| | |
|---|---|
| Activity Date: 05/19/2020 | Participant: PATINO ROSA |

### SUMMONS ISSUED AND RETURNABLE

| | |
|---|---|
| Ad Damnum Amount: 5000001.00 | Attorney: MOTHERWAY & NAPLETON |

| | |
|---|---|
| Activity Date: 06/23/2020 | Participant: PATINO ROSA |

### ELECTRONIC NOTICE SENT

Attorney: MOTHERWAY & NAPLETON
Microfilm: LD000000000

| | |
|---|---|
| Activity Date: 06/23/2020 | Participant: PATINO ROSA |

### ORDER OF COURT CONTINUANCE COVID-19 CLOSURE

Date: 03/26/2021
Court Time: 0930
Court Room: 2210

| | |
|---|---|
| Activity Date: 07/20/2020 | Participant: PATINO ROSA |

### ROUTINE MOTION FILED

Attorney: MOTHERWAY & NAPLETON

| | |
|---|---|
| Activity Date: 07/21/2020 | Participant: PATINO ROSA |

### ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MOTHERWAY & NAPLETON |

| | |
|---|---|
| Activity Date: 07/21/2020 | Participant: PATINO ROSA |

### ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MOTHERWAY & NAPLETON |

| | |
|---|---|
| Activity Date: 07/21/2020 | Participant: PATINO ROSA |

### ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MOTHERWAY & NAPLETON |

| | |
|---|---|
| Activity Date: 07/21/2020 | Participant: PATINO ROSA |

### APPOINT SPECIAL DEPUTY - ALLOWED -

Judge: FLANAGAN, KATHY M

Activity Date: 07/21/2020  Participant: BROWN ATTREVE

ISSUE ALIAS SUMMONS - ALLOWED -

Date: 07/21/2020  Judge: FLANAGAN, KATHY M

Activity Date: 07/21/2020  Participant: HERTZ VEHICLES LL

ISSUE ALIAS SUMMONS - ALLOWED -

Date: 07/21/2020  Judge: FLANAGAN, KATHY M

Activity Date: 07/21/2020  Participant: LYFT, INC.

ISSUE ALIAS SUMMONS - ALLOWED -

Date: 07/21/2020  Judge: FLANAGAN, KATHY M

Activity Date: 07/27/2020  Participant: PATINO ROSA

AFFIDAVIT OF SERVICE FILED

Activity Date: 07/27/2020  Participant: PATINO ROSA

AFFIDAVIT OF SERVICE FILED

[Back to Top](#)

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.